# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

In re: CONQUEROR MARINE LOGISTICS, LLC § Case No. 09-51321
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ELIZABETH G. ANDRUS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $591,330.87 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $63,672.97 | |

3) Total gross receipts of $ 655,003.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $655,003.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $655,643.42 | $2,456,179.91 | $591,330.87 | $591,330.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 58,205.81 | 58,205.81 | 58,205.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 22,566.45 | 22,566.45 | 5,467.16 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 393,026.31 | 393,026.31 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 60,511.94 | 60,511.94 | 0.00 |
| **TOTAL DISBURSEMENTS** | $655,643.42 | $2,990,490.42 | $1,125,641.38 | $655,003.84 |

4) This case was originally filed under Chapter 11 on September 21, 2009 and it was converted to Chapter 7 on August 09, 2012. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2017        By: /s/ELIZABETH G. ANDRUS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| M/V Conqueror to be renamed: Lady Barbara 120' w | 1129-000 | 655,000.00 |
| Int'l Sureties Bond Reduction | 1290-000 | 3.84 |
| **TOTAL GROSS RECEIPTS** | | **$655,003.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | 4210-000 | 655,643.42 | 655,643.63 | 0.00 | 0.00 |
| 2 | JPMorgan Chase Bank, N.A. | 4210-000 | N/A | 655,643.42 | 591,330.87 | 591,330.87 |
| 3 | JPMorgan Chase Bank, N.A. | 4210-000 | N/A | 655,644.00 | 0.00 | 0.00 |
| 5 -2 | Comar Marine Corporation | 4210-000 | N/A | 224,947.65 | 0.00 | 0.00 |
| 6 -2 | Comar Marine Corporation | 4210-000 | N/A | 264,301.21 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$655,643.42** | **$2,456,179.91** | **$591,330.87** | **$591,330.87** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ELIZABETH G. ANDRUS | 2100-000 | N/A | 11,000.19 | 11,000.19 | 11,000.19 |
| Trustee Expenses - ELIZABETH G. ANDRUS | 2200-000 | N/A | 64.29 | 64.29 | 64.29 |
| Other - Clerk, U.S. Bankruptcy Court | 2990-000 | N/A | 293.00 | 293.00 | 293.00 |
| Other - John W. Luster | 3210-000 | N/A | 6,250.00 | 6,250.00 | 6,250.00 |
| Other - John W. Luster | 3220-000 | N/A | 279.63 | 279.63 | 279.63 |
| U.S. Trustee Quarterly Fees - United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 42.50 | 42.50 | 42.50 |
| Other - RaboBank Wire Transfer Fees | 2600-000 | N/A | 11.18 | 11.18 | 11.18 |
| Other - Darnall, Sikes, Gardes & Frederick | 3410-000 | N/A | 365.00 | 365.00 | 365.00 |
| Other - Galaxie Custodial Service | 2410-000 | N/A | 5,614.95 | 5,614.95 | 5,614.95 |
| Other - Lee Felterman & Assocs, LLC | 2500-000 | N/A | 32,750.00 | 32,750.00 | 32,750.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 534.29 | 534.29 | 534.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.19 | 35.19 | 35.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.82 | 28.82 | 28.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.36 | 20.36 | 20.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.25 | 17.25 | 17.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.30 | 20.30 | 20.30 |
| Other - Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 11.08 | 11.08 | 11.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.04 | 19.04 | 19.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.17 | 17.17 | 17.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.75 | 17.75 | 17.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.56 | 19.56 | 19.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.30 | 18.30 | 18.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.67 | 17.67 | 17.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.08 | 20.08 | 20.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.62 | 17.62 | 17.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.39 | 19.39 | 19.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.71 | 18.71 | 18.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.27 | 16.27 | 16.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.47 | 20.47 | 20.47 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 10.22 | 10.22 | 10.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.03 | 18.03 | 18.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.79 | 16.79 | 16.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.16 | 19.16 | 19.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.94 | 17.94 | 17.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.32 | 17.32 | 17.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.08 | 19.08 | 19.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.46 | 18.46 | 18.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.24 | 17.24 | 17.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.00 | 19.00 | 19.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.79 | 17.79 | 17.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.17 | 17.17 | 17.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.51 | 19.51 | 19.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.07 | 17.07 | 17.07 |
| Other - Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 5.60 | 5.60 | 5.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.05 | 17.05 | 17.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.37 | 19.37 | 19.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.99 | 16.99 | 16.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.96 | 16.96 | 16.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $58,205.81 | $58,205.81 | $58,205.81 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court - Superior Shipyard & Fabricati | 6910-001 | N/A | 17,702.83 | 17,702.83 | 4,288.85 |
| William C. Vidrine | 6210-160 | N/A | 4,775.00 | 4,775.00 | 1,156.84 |
| William C. Vidrine | 6220-170 | N/A | 88.62 | 88.62 | 21.47 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $22,566.45 | $22,566.45 | $5,467.16 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | St. Mary Parish Sheriff Dept. | 5800-000 | N/A | 210,043.10 | 210,043.10 | 0.00 |
| 8 | St. Mary Parish Sheriff Dept. | 5800-000 | N/A | 182,983.21 | 182,983.21 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $393,026.31 | $393,026.31 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 -4 | Comar Marine Corporation | 7100-000 | unknown | 60,511.94 | 60,511.94 | 0.00 |
| NOTFILED | Seacraft Shipyard, Corp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $60,511.94 | $60,511.94 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-51321        **Trustee:** (380170) ELIZABETH G. ANDRUS

**Case Name:** CONQUEROR MARINE LOGISTICS, LLC        **Filed (f) or Converted (c):** 08/09/12 (c)

**§341(a) Meeting Date:** 09/27/12

**Period Ending:** 03/29/17        **Claims Bar Date:** 01/02/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   COMAR/Nautical Marine Claim for damages | Unknown | 10,000.00 | | 0.00 | FA |
| 2   M/V Conqueror to be renamed: Lady Barbara 120' w | 1,000,000.00 | 44,356.58 | | 655,000.00 | FA |
| 3   BP Claim (u) <br> 06/30/13 TTE has discussed handling with DSGF, CPA, J. Luster, K Aguillard. <br> 11/14/12 TCW atty McElligott re handling w/J. Roy. <br> 11/08/12 DB to cooperate in prosecution of claim. | 0.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 4   Int'l Sureties Bond Reduction (u) | 0.00 | 0.00 | | 3.84 | FA |
| 4   **Assets**   **Totals** (Excluding unknown values) | **$1,000,000.00** | **$64,356.58** | | **$655,003.84** | **$10,000.00** |

**Major Activities Affecting Case Closing:**

     11/04/16 Transmittal of Unclaimed Funds to Clerk

     06/23/15 Eml CPA for final fee app

     05/05/15 Eml CPA for final fee app

     05/01/15 Eml from CPA -- will prepare final fee app

     01/20/15 Eml CPA for final fee app--no tax returns required for this single member LLC

     12/09/14 Eml from J. Luster - no additional fee app. Emls with CPA - will get fee apps done

     12/08/14 TCW J. Luster (318) 352-3602 - you can close case whenever you want to.

     10/22/14 Judgment Granting Motion for Summary Judgment for JPMorgan Chase Bank and Comar Marine AND Judgement Denying Motion for Summary Judgment for Superior (Re: 30 Motion for Summary Judgment, 37 Motion for Summary Judgment, 41 Motion for Summary Judgment)

     07/15/14 MSJ in adversary 13-5027 (09-51321) under advisement

     ---------------------------------------------

     10/22/14 Judgment in AP 13-05027 (Andrus v. JPMorgan Chase) denying summary judgment sought by Superior

     06/30/14 $25k carve-out for unsecured creditors from sale of boat in registry of court pending outcome of nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages.

     04/15/14 Nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages pending.

     01/20/14 Nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages pending.

     10/25/13 Nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages pending.09/16/13 Order approving application(s) for J. Luster and TTE

     7/24/13 Order on Motion to Deposit Funds into Court Registry; check mailed to the Clerk with copy of order

     07/23/13 AT CT on Applications of Superior Shipyard and Marine Systems, Inc.; App for Interim Comp and Atty Fee App

     07/17/13 TCW Travis Terrebonne, pres. of Industrial Diesel, (985) 637-9325, which is owed money by Global Oilfield Contractors ("GOC"). Advised him to file a proof of claim if his claim is against the debtor.

     07/10/13 Closing of sale of M/V Lady Barbara - funds received (616,330.87)

Printed: 03/29/2017 11:52 AM      V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-51321  
**Case Name:** CONQUEROR MARINE LOGISTICS, LLC

**Trustee:** (380170) ELIZABETH G. ANDRUS  
**Filed (f) or Converted (c):** 08/09/12 (c)  
**§341(a) Meeting Date:** 09/27/12

**Period Ending:** 03/29/17  
**Claims Bar Date:** 01/02/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

07/03/13 Certified copy of order authorizing sale requested from COC, to be mailed to TTE
--------------------------------------------------------------------

06/14/13 Order granting Motion to Sell at Auction free and clear of liens

06/04/13 HRG on motion to sell at auction - approved.

05/31/13 TCW John Luster - have bids "in our pockets" and he has resolved objections set for Tuesday. Will have a telephone auction on Tuesday 6/11/13 at 3:00 p.m. and will sell boats one at a time. Offers from Nigeria and Mexico, and Comar has made offers as well.

03/01/13 Order on App to Compromise with REC in Raider Marine

02/22/13

01/23/13 Order to authorize trustee to enter into Vessel Dockage Agreement and Vessel Boarding Indemnity Agreement

01/17/13 Eml from L. Felterman; Lady Barbara delivered to his dock today.

01/08/13 Claims imported for review

11/20/12 RTC Wayne Shullaw 266-2310

11/14/12 TCW Jack McElligott, paired up with Jim Roy for economic claims, screening clients to see if meet the causation test. Some businesses excluded, if claims related to moratorium instead of blowout (Oilfield Pollution Act), but are working with Roy on presenting those claim, pretty soon. This one sounds like a moratorium claim. Roy says BP was interested in concluding moratorium claims but didn't have time to put it together, so they were excluded under the settlement. This means Roy may need to go after these claims separately. Send Jack basic information: name of business, type of business, NAIC code claim (classification of business) and he will call son John Roy to sell if they are interested in helping to pursue those. 20% fee on gross recovery. NAIC code tells you if you are in tihe current settlement or not. If in, don't have to file anything for a couple of years. Their CPA or tax return will show it. #1: NAIC code, #2: Causation analysis is just a numbers analysis. #3: There is a multiplier of 3 or 4 times the loss. DMSM has a full-time paralegal working on this. First thing - set up meeting quickly, TTE to go through different files. jmcelligott@davidsonmeaux.com.

10/18/12 TCF John Luster - Pretrial conference before Judge Haik today

09/13/12 RTCW Wayne Shullaw 266-2310 - meeting with principals has not been reset, he will email db atty again.

09/04/12 Gulf Fleet boat cases, filed by Stewart Peck - sold boats for fair market value. TCW Wayne Shullaw. Got some adequate protection payments. Marine surveyor wants to get on the boats, thinks they are in Morgan City. Just have to inspect collateral once a year, and it's time.

08/24/12 Order to De-Consolidate Cases (09-51322 and 09-51323);; TCW Melonie w/COC - schedule 341's for 9/27/12 (10am, move Conqueror?)

08/23/12 Order to employ John Luster

08/21/12 [Raider Marine] Sal Pusatery (504) 528-3001 589-9655 (direct) sjp@jjbylaw.com; reps WREC Marine Logistics, LLC, has the Capt. Ron under charter, want to know what's happening. Can they continue to operate the boat, status quo? can continue long term or can buy out. Interested in buyout. Had a contract with GOC while boats were in C11, who chartered the vessel to WREC. They are paying GOC, who is paying down the mortgage. Told him to send me an offer, if his client wants to buy assets. Order to Employ Luster "being processed."

08/16/12 RTC Wayne Shulllaw 266-2310, lc

08/15/12 RTC Wayne Shulllaw 266-2310, lc

08/15/12 TCW John Luster - need to file a motion to de-consolidate the cases. Has done before with Brett, request appointment in others. He will have application to employ to me by lunch. I told him about filed claims and raised the issues of selling contract rights (motion to operate? assume contracts? assign?); and the logistics of a sale with multiple parties, some of which are non-bankruptcy parties.

08/13/12 TCW db atty - boats owned by three corporations, owners have two other boats, and there are a couple of other boats, one belongs to this debtor. Vessels worth $1.1 million apiece; offer includes several vessels and contracts. 135' workboats. Edward "Hank" Arnold (NOLA atty) with Baker Donaldson says may not be property of estate because plan confirmed, property vests in debtor. Db atty will send email from Arnold with cites. Supposedly, $50 million wired to the bank but

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-51321  
**Case Name:** CONQUEROR MARINE LOGISTICS, LLC  

**Period Ending:** 03/29/17

**Trustee:** (380170) ELIZABETH G. ANDRUS  
**Filed (f) or Converted (c):** 08/09/12 (c)  
**§341(a) Meeting Date:** 09/27/12  
**Claims Bar Date:** 01/02/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

haven't seen it; word of a purchase agreement floating around, but no one has sent him anything. He "keeps telling them" they can't sell property of the estate without the trustee. May or may not have any unsecured debt to pay; one creditor COMAR (sp?) claims a lien, but it is disputed, and they may be unsecured. TTE may need to file a motion to surcharge the estate. Eml to John Luster to see if he could get involved.

Consolidated with 09-51322 (Raider) and 09-51323 (Enforcer)

-------------------------------------

$25k carve-out for unsecured creditors from sale of boat in registry of court pending outcome of nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages.

*****************************

Crewboat will be sold at auction, $25k carve-out for unsecured creditors, remainder will be put in registry of court pending outcome of nonbankruptcy court litigation (on appeal) and filing of adversary for ranking of liens and mortgages. Trustee seeking professional to represent estate in BP claim.

**Initial Projected Date Of Final Report (TFR):** September 1, 2013    **Current Projected Date Of Final Report (TFR):** June 28, 2016 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-51321 | | **Trustee:** | ELIZABETH G. ANDRUS (380170) |
| **Case Name:** | CONQUEROR MARINE LOGISTICS, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******0566 - Checking Account |
| **Taxpayer ID #:** | **-***6825 | | **Blanket Bond:** | $27,869,306.00 (per case limit) |
| **Period Ending:** | 03/29/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/10/13 | | John W. Luster Trust Account | Sales proceeds - M/V Lady Barbara | | | 616,330.87 | | 616,330.87 |
| | {2} | | SALES PROCEEDS | 655,000.00 | 1129-000 | | | 616,330.87 |
| | | RaboBank Wire Transfer Fees | BANK FEES | -11.18 | 2600-000 | | | 616,330.87 |
| | | Galaxie Custodial Service | CLAIM PAID | -5,614.95 | 2410-000 | | | 616,330.87 |
| | | Clerk, U.S. Bankruptcy Court | CLAIM PAID | -293.00 | 2990-000 | | | 616,330.87 |
| | | Lee Felterman & Assocs, LLC | FEES | -32,750.00 | 2500-000 | | | 616,330.87 |
| 07/24/13 | 101 | Clerk, U.S. Bankruptcy Court | 7/24/13 Order on Motion to Deposit Funds into Court Registry | | 4210-000 | | 591,330.87 | 25,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 534.29 | 24,465.71 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 35.19 | 24,430.52 |
| 09/16/13 | 102 | John W. Luster | FEES | | 3210-000 | | 6,250.00 | 18,180.52 |
| 09/16/13 | 103 | John W. Luster | EXPENSES | | 3220-000 | | 279.63 | 17,900.89 |
| 09/16/13 | 104 | ELIZABETH G. ANDRUS | Trustee Comp - 9/16/13 Order approving Application | | 2100-000 | | 5,000.00 | 12,900.89 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.82 | 12,872.07 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.36 | 12,851.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.25 | 12,834.46 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.30 | 12,814.16 |
| 01/24/14 | 105 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/24/2014 FOR CASE #09-51321 | | 2300-000 | | 11.08 | 12,803.08 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.04 | 12,784.04 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.17 | 12,766.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.75 | 12,749.12 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.56 | 12,729.56 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.30 | 12,711.26 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.67 | 12,693.59 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.08 | 12,673.51 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.62 | 12,655.89 |
| 09/16/14 | 106 | Clerk, U.S. Bankruptcy Court | Ref # CERT XC ORDER | | 2700-000 | | 42.50 | 12,613.39 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 19.39 | 12,594.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.71 | 12,575.29 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.27 | 12,559.02 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.47 | 12,538.55 |
| 01/26/15 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51321 | | 2300-000 | | 10.22 | 12,528.33 |

Subtotals :      $616,330.87      $603,802.54

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-51321  
**Case Name:** CONQUEROR MARINE LOGISTICS, LLC  

**Taxpayer ID #:** **-***6825  
**Period Ending:** 03/29/17  

**Trustee:** ELIZABETH G. ANDRUS (380170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $27,869,306.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 01/26/15 | | | | |
| 01/26/15 | 107 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51321<br>Voided: check issued on 01/26/15 | 2300-000 | | -10.22 | 12,538.55 |
| 01/26/15 | 108 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51321<br>Voided on 01/26/15 | 2300-000 | | 102.17 | 12,436.38 |
| 01/26/15 | 108 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51321<br>Voided: check issued on 01/26/15 | 2300-000 | | -102.17 | 12,538.55 |
| 01/26/15 | 109 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2015 FOR CASE #09-51321 | 2300-000 | | 10.22 | 12,528.33 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.03 | 12,510.30 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.79 | 12,493.51 |
| 03/23/15 | {4} | Elizabeth G. Andrus | Int'l Sureties Bond Reduction | 1290-000 | 3.84 | | 12,497.35 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.16 | 12,478.19 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.94 | 12,460.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.32 | 12,442.93 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.08 | 12,423.85 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.46 | 12,405.39 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.24 | 12,388.15 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.00 | 12,369.15 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.79 | 12,351.36 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.17 | 12,334.19 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.51 | 12,314.68 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.07 | 12,297.61 |
| 02/08/16 | 110 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2016 FOR CASE #09-51321, Trustee Bond Premium | 2300-000 | | 5.60 | 12,292.01 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.05 | 12,274.96 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.37 | 12,255.59 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.99 | 12,238.60 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.96 | 12,221.64 |
| 08/05/16 | 111 | United States Trustee | Dividend paid 100.00% on $325.00, U.S. | 2950-000 | | 325.00 | 11,896.64 |

Subtotals :   $3.84   $635.53

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-51321  
**Case Name:** CONQUEROR MARINE LOGISTICS, LLC

**Taxpayer ID #:** **-***6825  
**Period Ending:** 03/29/17

**Trustee:** ELIZABETH G. ANDRUS (380170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $27,869,306.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | (ADMINISTRATIVE) | Trustee Quarterly Fees; Reference: | | | | |
| 08/05/16 | 112 | Darnall, Sikes, Gardes & Frederick | Dividend paid 100.00% on $365.00, Accountant for Trustee Fees (Other Firm); Reference: FEE | 3410-000 | | 365.00 | 11,531.64 |
| 08/05/16 | 113 | Superior Shipyard & Fabrication, Inc. | Dividend paid 24.22% on $17,702.83, Trade Debt (Chapter 11); Reference: C11 ADMIN Stopped on 11/04/16 | 6910-000 | | 4,288.85 | 7,242.79 |
| 08/05/16 | 114 | William C. Vidrine | Dividend paid 24.22% on $4,775.00, Attorney for D-I-P Fees (Chapter 11); Reference: FEES | 6210-160 | | 1,156.84 | 6,085.95 |
| 08/05/16 | 115 | William C. Vidrine | Dividend paid 24.22% on $88.62, Attorney for D-I-P Expenses (Chapter 11); Reference: FEES | 6220-170 | | 21.47 | 6,064.48 |
| 08/05/16 | 116 | ELIZABETH G. ANDRUS | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 6,064.48 | 0.00 |
| | | | Dividend paid 100.00%    6,000.19 on $11,000.19; Claim# ; Filed: $11,000.19 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    64.29 on $64.29; Claim# ; Filed: $64.29 | 2200-000 | | | 0.00 |
| 11/04/16 | 113 | Superior Shipyard & Fabrication, Inc. | Dividend paid 24.22% on $17,702.83, Trade Debt (Chapter 11); Reference: C11 ADMIN Stopped: check issued on 08/05/16 | 6910-000 | | -4,288.85 | 4,288.85 |
| 11/04/16 | 117 | Clerk, U.S. Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | 6910-001 | | 4,288.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 616,334.71 | 616,334.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 616,334.71 | 616,334.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$616,334.71** | **$616,334.71** | |

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-51321  
**Case Name:** CONQUEROR MARINE LOGISTICS, LLC

**Taxpayer ID #:** **-***6825  
**Period Ending:** 03/29/17

**Trustee:** ELIZABETH G. ANDRUS (380170)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $27,869,306.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | **Checking # ******0566** | | 616,334.71 | 616,334.71 | 0.00 |
| | | | | | $616,334.71 | $616,334.71 | $0.00 |

{} Asset reference(s)